No. 90–802. KUNSTLER *v.* BRITT ET AL.;
No. 90–807. PITTS *v.* BRITT ET AL.; and
No. 90–1094. NAKELL *v.* BRITT ET AL. C. A. 4th Cir. Motions of Washington Legal Foundation et al. and North Carolina

Trial Lawyers for leave to file briefs as *amici curiae* granted. Motions of Benjamin R. Civiletti et al. and Louis Nizer et al. for leave to file briefs as *amici curiae* in No. 90–802 granted. Motion of National Council of Churches of Christ et al. for leave to file a brief as *amici curiae* in No. 90–807 granted. Certiorari denied. Reported below: 914 F. 2d 505.